UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SUSAN COMEAUX | CIVIL CASE NO.  2:23-CV-00295 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION | MAGISTRATE JUDGE THOMAS P. LEBLANC |

## JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 25] of the Magistrate Judge, recommending that the MOTION TO REMAND [Doc. 13] filed by plaintiff, Susan Comeaux, be DENIED WITHOUT PREJUDICE at this time to allow time for jurisdictional discovery.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that Plaintiff's MOTION TO REMAND [Doc. 13] is DENIED WITHOUT PREJUDICE at this time, with leave to re-urge after limited jurisdictional discovery described in the REPORT AND RECOMMENDATION; and

IT IS FURTHER ORDERED that, commencing on the date of this Judgment, the parties are permitted to conduct jurisdictional discovery as described in the REPORT AND RECOMMENDATION, for a period of not more than ninety (90) days, at the conclusion of which Plaintiff may re-urge her Motion to Remand.

THUS DONE AND SIGNED in Chambers on this 24th day of September, 2024.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**